THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 McKinnley David
 Hall, Appellant.
 
 
 

Appeal From Florence County
 Thomas A. Russo, Circuit Court Judge
Unpublished Opinion No. 2009-UP-114
Submitted March 2, 2009  Filed March 4,
 2009  
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Teresa A. Knox, Legal Counsel Tommy Evans, Jr., and Legal Counsel
 J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM: McKinnley
 David Hall appeals his probation revocation, arguing the trial court erred by
 adding conditions to his incarceration not originally ordered by the sentencing
 court.  After a thorough
 review of the record and both briefs pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HUFF,
 WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.